J-S07005-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAURICE LAMONT JONES, JR. | : | |
| | : | |
| Appellant | : | No. 1149 MDA 2023 |

Appeal from the Judgment of Sentence Entered July 21, 2023
In the Court of Common Pleas of Adams County Criminal Division at
No(s): CP-01-CR-0000130-2022

BEFORE: LAZARUS, P.J., KUNSELMAN, J., and COLINS, J.[*]

CONCURRING STATEMENT BY KUNSELMAN, J.: **FILED: APRIL 1, 2024**

I join the majority decision only because we are bound by the en banc decisions in **Commonwealth v. Richards**, 284 A.3d 214 (Pa. Super. 2022) (*en banc*), appeal granted, 294 A.3d 300 (Pa. 2023) (Table) and **Commonwealth v. Moroz**, 284 A.3d 227 (Pa. Super. 2022) (*en banc*) (petition for permission to appeal held pending resolution of **Richards, supra**). I note that I voted with the minority in those cases. Additionally, I recognize that Jones filed the instant appeal to preserve his claims until the Supreme Court resolves the **Richards** case.

---

[*] Retired Senior Judge assigned to the Superior Court.